

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00048-CR

The **STATE** of Texas,
Appellant

v.

Christopher Glen **ADAMS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR120324
Honorable Spencer W. Brown, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this matter is ABATED and REMANDED to the trial court. *See* TEX. R. APP. P. 44.4. This court's Corrected Order, dated November 4, 2013, and the submission date set therein, is hereby WITHDRAWN.

We further direct the Honorable Spencer W. Brown, judge of the County Court at Law, Kerr County, Texas, to execute more specific findings of fact and conclusions of law, consistent with this opinion, as required by *Cullen* and *Elias*. Specifically, the trial court must make "findings of fact with greater specificity," and any related conclusions of law, as to the following:

(1)    the impact of the injuries sustained by Mr. Rice and the blood on his face and whether any such injuries supported Trooper Salaz's probable cause to arrest Adams for driving while intoxicated;

(2)    the extent of Trooper Salaz's conversation with Adams, prior to Adams being transported back to the scene of the accident, wherein Adams admitted he was the driver of the vehicle and that he had been drinking, and whether such conversation supported a custodial arrest or an investigatory detention; and

(3)    whether Trooper Salaz's transporting Adams from the accident scene to the fire station was part of an investigatory detention, what transpired at the fire station, what factors were utilized in Trooper Salaz's decision to arrest

Adams for driving while intoxicated, and whether such information amounted to probable cause to arrest Adams for driving while intoxicated.

We also direct the trial court to file its findings and conclusions with the clerk of this court, via a supplemental clerk's record, on or before July 25, 2014. Upon filing of the supplemental clerk's record containing the findings and conclusions, the appeal will be reinstated and a new submission date will be set.

SIGNED June 25, 2014.

Patricia O. Alvarez, Justice